IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) |
| vs. | ) CRIMINAL NO. 17-30027-NJR<br>)<br>) Title 18, United States Code, |
| TODD OTIS SWEET, | ) Sections 751(a)<br>)<br>)<br>)<br>) |
| Defendant. | ) |

FILED
FEB 23 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### ATTEMPTED ESCAPE FROM CUSTODY

Between on or about July 1, 2016, and on or about August 15, 2016, in Marion County, within the Southern District of Illinois,

**TODD OTIS SWEET**,

defendant herein, did knowingly and without authorization attempt to escape from the Marion County Jail, a facility in which he was confined by direction of the Attorney General and the United States Marshals Service, pursuant to an order issued by a United States district judge on June 22, 2016, and in furtherance of said attempt, did knowingly commit the following overt acts:

1. Between on or about July 1, 2016, and on or about August 15, 2016, Defendant Todd Otis Sweet did knowingly fashion tools to help him escape from the Marion County Jail;

1

2. Between on or about July 1, 2016, and on or about August 15, 2016, Defendant Todd Otis Sweet did knowingly sharpen a tool against a bedframe in Cell E1 at the Marion County Jail;

3. Between on or about July 1, 2016, and on or about August 15, 2016, Defendant Todd Otis Sweet did knowingly cut a hole into the metal wall of Cell E1 at the Marion County Jail;

4. Between on or about July 1, 2016, and on or about August 15, 2016, Defendant Todd Otis Sweet did knowingly hide said hole by hanging a towel in front of it;

5. Between on or about July 1, 2016, and on or about August 15, 2016, Defendant Todd Otis Sweet did knowingly cut into a metal beam between the interior wall of Cell E1 and an exterior concrete block wall at Marion County Jail;

6. Between on or about July 1, 2016, and on or about August 15, 2016, did knowingly remove insulation between the interior wall of Cell E1 and an exterior concrete block wall at Marion County Jail;

7. Between on or about July 1, 2016, and on or about August 15, 2016, Defendant Todd Otis Sweet did knowingly cut into a metal bar that extended over a window in Cell E1 of the Marion County Jail;

all in violation of Title 18, United States Code, Section 751(a).

**A TRUE BILL**

FOREPERSON

*/s/ S. B. C.*

STEPHEN B. CLARK
Assistant United States Attorney

*/s/ Donald S. Boyce*

DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention

2